PROB 12B
(7/93)

Report Date: November 19, 2009

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 20 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Elvira Christina Segovia | Case Number: 2:07CR02115-004 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 5/14/2008 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846 | Date Supervision Commenced: 5/14/2008 |
| Original Sentence: Prison - 3 Days; TSR - 48 Months | Date Supervision Expires: 5/13/2012 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall complete 20 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than January 31, 2011.

19    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

20    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On September 6, 2009, Ms. Segovia was cited for driving under the influence of alcohol. On October 26, 2009, the charge was amended to negligent driving and the defendant was sentenced to 90 days jail, 89 days suspended, $115.02 financial obligation, 2 years probation, in addition to obtaining a drug and alcohol evaluation. Ms. Segovia has been referred to Merit Resource Services and has agreed to participate in recommended treatment.

Other than the above-noted incident, Ms. Segovia has been cooperative with her Court ordered conditions. The defendant has also agreed to perform 20 hours of community service as a sanction for this violation.

Therefore, it is this officer's recommendation the Court adopt the above-noted modification of Ms. Segovia's conditions. Should the defendant continue to violate her conditions of supervised release, the Court will be notified.

Prob 12B
Re: Segovia, Elvira Christina
November 19, 2009
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/19/2009

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

11/20/09

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18   You shall complete 20 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than January 31, 2011.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

20   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness:  _____        Signed:  _____
          Jose Zepeda                               Elvira Christina Segovia
          U.S. Probation Officer                   Probationer or Supervised Releasee

                        November 19, 2009
                              Date